**JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
P.O. Box 28340
Fresno, California 93729

Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Michael S. Helsley #199103

Attorneys for:   Plaintiff, LYDIA MONTOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA MONTOYA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANAGEMENT TRAINING CORPORATION (MTC)<br><br>    Defendant(s). | Case No. 1:10-CV-00451-AWI-DLB<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES** |

**WHEREAS** on March 12, 2010, Plaintiff, LYDIA MONTOYA ("Plaintiff") filed her Complaint for Wrongful Denotion, Age Discrimination, Gender Discrimination, Intentional Infliction of Emotional Distress, and Unfair Business Practices/Competition in this action against MANAGEMENT TRAINING CORPORATION ("Defendant").

**WHEREAS** Plaintiff seeks to file her First Amended Complaint for Damages, which adds two causes of action for Wrongful Termination in violation of public policy and Retaliation.

**WHEREAS** a copy of Plaintiff's proposed First Amended Complaint for Damages is attached hereto as **Exhibit "A."**

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel, that:

{7074/002/00257583.DOC}

1

STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES

1. Plaintiff should be granted leave to amend to file her First Amended Complaint for Damages, a copy of which is attached hereto as **Exhibit "A."**

2. Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint for Damages is filed.

DATED: January 28, 2011     **JONES HELSLEY PC**


By: __/s/ Michael S. Helsley_____
    Michael S. Helsley, Attorney for Plaintiff
    LYDIA MONTOYA


DATED: January 28, 2011     **SEYFARTH SHAW LLP**


By: __/s/ William D. Bishop_____
    William D. Bishop, Attorney for Defendant
    MANAGEMENT TRAINING CORPORATION

# **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, LYDIA MONTOYA is granted leave to amend to file her First Amended Complaint for Damages, a copy of which is attached hereto as **Exhibit "A."**

**IT IS ALSO ORDERED** that Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint for Damages is filed.

**IT IS FURTHER ORDERED** that the First Amended Complaint for Damages is deemed filed as of the date this Order is transmitted via the CM/ECF system.

IT IS SO ORDERED.

Dated: **January 28, 2011**              /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE