**JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
P.O. Box 28340
Fresno, California 93729

Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Michael S. Helsley #199103

Attorneys for: Plaintiff, LYDIA MONTOYA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA MONTOYA,<br><br>   Plaintiff,<br><br>   v.<br><br>MANAGEMENT TRAINING CORPORATION (MTC)<br><br>   Defendant(s). | Case No. 1:10-CV-00451-AWI-DLB<br><br>**STIPULATION TO DISMISS CAUSES OF ACTION WITH PREJUDICE; AND ORDER THEREON** |

**WHEREAS** on January 28, 2011, Plaintiff, LYDIA MONTOYA ("Plaintiff") filed her First Amended Complaint for (1) Wrongful Demotion, (2) Age Discrimination, (3) Gender Discrimination, (4) Intentional Infliction of Emotional Distress, (5) Unfair Business Practices/Competition, (6) Wrongful Termination and (7) Retaliation in this action against Defendant, MANAGEMENT TRAINING CORPORATION ("Defendant").

**WHEREAS** Plaintiff seeks to dismiss the following causes of action with prejudice: (1) Wrongful Demotion, (2) Age Discrimination, (3) Gender Discrimination, (4) Intentional Infliction of Emotional Distress, and (5) Unfair Business Practices/Competition.

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel, that:

{7074/002/00327442.DOC }

1

1. Plaintiff's causes of action for (1) Wrongful Demotion, (2) Age Discrimination, (3) Gender Discrimination, (4) Intentional Infliction of Emotional Distress, and (5) Unfair Business Practices/Competition be dismissed and hereby are dismissed with prejudice.

2. By agreeing to this Stipulation, Plaintiff is not waiving any right she has to pursue her causes of action for Wrongful Termination and Retaliation against Defendant.

DATED: August 10, 2011    **JONES HELSLEY PC**


By:_____/s/ Michael S. Helsley_____
   Michael S. Helsley, Attorney for Plaintiff
   LYDIA MONTOYA


DATED: August 10, 2011    **SEYFARTH SHAW LLP**


By:____/s/ Mark P. Grajski_____
   Mark P. Grajski, Attorney for Defendant
   MANAGEMENT TRAINING CORPORATION

## **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** Plaintiff LYDIA MONTOYA's causes of action for (1) Wrongful Demotion, (2) Age Discrimination, (3) Gender Discrimination, (4) Intentional Infliction of Emotional Distress, and (5) Unfair Business Practices/Competition be dismissed and hereby are dismissed with prejudice.

IT IS SO ORDERED.

Dated:  August 17, 2011                    _____
                                            CHIEF UNITED STATES DISTRICT JUDGE

{7074/002/00327442.DOC }

3

STIPULATION TO DISMISS CAUSES OF ACTION WITH PREJUDICE; AND [PROPOSED] ORDER THEREON