IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA MONTOYA, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MANAGEMENT & TRAINING )<br>CORPORATION, )<br>)<br>Defendants. )<br>_____ ) | **Old Case No. 1:10cv0451 AWI DLB**<br>**New Case No. 1:10cv0451 AWI MJS**<br><br>ORDER DISQUALIFYING<br>MAGISTRATE JUDGE |

    Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be **1:10cv0451 AWI MJS.** All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

    IT IS SO ORDERED.

    Dated:  September 28, 2011              /s/ Dennis L. Beck
                                                      UNITED STATES MAGISTRATE JUDGE

1