1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                         EASTERN DISTRICT OF CALIFORNIA

8

9

LYDIA MONTOYA,                              )        1:10-CV-00451 AWI DLB
10                                          )
                    Plaintiff,              )        ORDER VACATING
11                                          )        OCTOBER 11, 2011 HEARING
        v.                                  )        DATE AND TAKING MATTER
12                                          )        UNDER SUBMISSION
MANAGEMENT TRAINING                         )
13   CORPORATION (MTC),                      )
                                            )
14                  Defendant.              )
                                            )
15

16

        Currently pending before this Court is Defendant Management Training Corporation's
17
motion for summary judgment.  This motion is set for hearing on October 11, 2011, at 1:30 p.m.
18
in Courtroom 2.  The Court has reviewed the papers and has determined that this matter is
19
suitable for decision without oral argument.  Local Rule 230(g).  Therefore, IT IS HEREBY
20
ORDERED that the previously set hearing date of October 11, 2011, is VACATED, and the
21
parties shall not appear at that time.  As of October 11, 2011, the Court will take this matter
22
under submission, and will thereafter issue its decision.
23
IT IS SO ORDERED.
24

25   Dated:    October 7, 2011             _____

26                                         CHIEF UNITED STATES DISTRICT JUDGE

27

28