# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA MONTOYA,            ) | 1:10-CV-00451 AWI DLB |
|                           ) | |
| Plaintiff,     ) | ORDER VACATING |
|                           ) | OCTOBER 11, 2011 HEARING |
| v.              ) | DATE AND TAKING MATTER |
|                           ) | UNDER SUBMISSION |
| MANAGEMENT TRAINING       ) | |
| CORPORATION (MTC),        ) | |
|                           ) | |
| Defendant.     ) | |
|                           ) | |

    Currently pending before this Court is Defendant Management Training Corporation's motion for summary judgment. This motion is set for hearing on October 11, 2011, at 1:30 p.m. in Courtroom 2. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 11, 2011, is VACATED, and the parties shall not appear at that time. As of October 11, 2011, the Court will take this matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    October 7, 2011                                         _____

                                                                               CHIEF UNITED STATES DISTRICT JUDGE